```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03599
   DION MITCHELL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8243


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/01/2007 and was confirmed 10/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/10/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG          .00           .00           .00
LITTON LOAN SERVICING IN MORTGAGE ARRE     15694.26           .00        279.41
FRANKLIN CREDIT MANAGEME CURRENT MORTG          .00           .00           .00
FRANKLIN CREDIT MANAGEME MORTGAGE ARRE      3111.27           .00         55.39
GMAC                     SECURED VEHIC          .00           .00           .00
GMAC                     UNSECURED        NOT FILED           .00           .00
CALVARY PORTFOLIO SVCS   UNSECURED        NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY      NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY      NOT FILED           .00           .00
SPRINT COMMUNICATION     UNSECURED        NOT FILED           .00           .00
FIRST PREMIER BANK       NOTICE ONLY      NOT FILED           .00           .00
FST PREMIER              UNSECURED        NOT FILED           .00           .00
LITTON LOAN SERVICING    NOTICE ONLY      NOT FILED           .00           .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY      NOT FILED           .00           .00
LITTON LOAN SERVICING LP NOTICE ONLY      NOT FILED           .00           .00
CITY OF CHICAGO PARKING  FILED LATE             .00           .00           .00
GLENDA J GRAY            DEBTOR ATTY       2,520.00                     2,520.00
TOM VAUGHN               TRUSTEE                                          195.20
DEBTOR REFUND            REFUND                                           850.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE           3,900.00

PRIORITY                                       .00
SECURED                                     334.80
UNSECURED                                      .00
ADMINISTRATIVE                            2,520.00
TRUSTEE COMPENSATION                        195.20
DEBTOR REFUND                               850.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03599 DION MITCHELL
```

```
                                    ---------------     ---------------
TOTALS                                     3,900.00            3,900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 07/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```